

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  Haldor Topsoe, Inc v. Orion Engineered Carbons, LLC and Orion Engineered Carbons GMBH

Appellate case number:  01-19-01010-CV

Trial court case number:  2019-69832

Trial court:  151st District Court of Harris County

Appellant has filed an emergency motion to stay a temporary injunction hearing set for January 24, 2020, pending resolution of appellant's interlocutory appeal from the partial denial of its motion to compel arbitration. The motion to stay is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                                        Acting individually

Date: ___January 16, 2020_____